```
 1  HANSON BRIDGETT LLP
    JAHMAL T. DAVIS, SBN 191504
 2  jdavis@hansonbridgett.com
    JANE M. FEDDES, SBN 282117
 3  jfeddes@hansonbridgett.com
    425 Market Street, 26th Floor
 4  San Francisco, California 94105
    Telephone:   (415) 777-3200
 5  Facsimile:   (415) 541-9366

 6  Attorneys for Defendants
    FIRST REPUBLIC BANK and
 7  SAMDINI SHAIK
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA FRID,<br><br>             Plaintiff,<br><br>      v.<br><br>FIRST REPUBLIC BANK, a California Corporation and SAMDANI SHAIK, an individual, and DOES 1- 10, inclusive,<br><br>             Defendants. | CASE NO. CV 12-0806 WHA<br><br>**JOINT STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Judge:  Hon. William H. Alsup<br><br>Trial Date:       Not set |

WHEREAS, pursuant to the Court's order of May 2, 2012, Defendants First Republic Bank and Samdani Shaik ("Defendants") and Plaintiff Olga Frid ("Plaintiff") (collectively, the "Parties") are calendared to appear for an Initial Case Management Conference ("CMC") on January 31, 2013 (Dkt. 18);

WHEREAS, Arbitrator James Madison held a Case Management Conference on October 30, 2012 setting an arbitration date for April 15, 2013;

WHEREAS, the arbitration will be concluded within one year of the Court's May 2, 2012 order;

WHEREAS, for the reasons of judicial economy, there is good cause to extend the Case Management Conference date until after the conclusion of the arbitration from January 31, 2013 to May 2, 2012 as set forth in the attached declaration of Jahmal T.

Davis;

WHEREAS, there have been no previous extensions in this case;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate and agree as follows, and respectfully ask the Court to this stipulation as its Order:

The Case Management Conference is rescheduled for 11:00 a.m. on May 2, 20123, or as soon thereafter as the matter may be heard, and all associated deadlines shall be in accordance with FRCP 26(f) and (d), ADR Local Rule 3-5, Civil L.R. 16 and the Court's Standing Orders.

This stipulation is presented pursuant to Local Rules 6-1(b) and 6-2(a).

**IT IS SO STIPULATED** between the parties.

DATED: January 24, 2013         HANSON BRIDGETT LLP

By: _____/s/ Jane M. Feddes_____
JAHMAL T. DAVIS
JANE M. FEDDES
Attorneys for Defendants
FIRST REPUBLIC BANK and
SAMDINI SHAIK

DATED: January 24, 2013         SMITH PATTEN

By: _____/s/ Dow Patten_____
DOW PATTEN
Attorneys for Plaintiff
OLGA FRID

1  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.
2  THERE WILL BE NO FURTHER CONTINUANCES.

3

Dated: January 24, 2013.

4                                           HON. WILLIAM H. ALSUP
                                         United States District Court Judge



IT IS SO ORDERED AS MODIFIED

Judge William Alsup