HANSON BRIDGETT LLP
JAHMAL T. DAVIS, SBN 191504
jdavis@hansonbridgett.com
JANE M. FEDDES, SBN 282117
jfeddes@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants
FIRST REPUBLIC BANK and
SAMDINI SHAIK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA FRID,<br><br>        Plaintiff,<br><br>    v.<br><br>FIRST REPUBLIC BANK, a California Corporation and SAMDANI SHAIK, an individual, and DOES 1- 10, inclusive,<br><br>        Defendants. | CASE NO. CV 12-0806 WHA<br><br>**JOINT STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Judge:  Hon. William H. Alsup<br><br>Trial Date:        Not set |

WHEREAS, pursuant to the Court's order of May 2, 2012, Defendants First Republic Bank and Samdani Shaik ("Defendants") and Plaintiff Olga Frid ("Plaintiff") (collectively, the "Parties") are calendared to appear for an Initial Case Management Conference ("CMC") on January 31, 2013 (Dkt. 18);

WHEREAS, Arbitrator James Madison held a Case Management Conference on October 30, 2012 setting an arbitration date for April 15, 2013;

WHEREAS, the arbitration will be concluded within one year of the Court's May 2, 2012 order;

WHEREAS, for the reasons of judicial economy, there is good cause to extend the Case Management Conference date until after the conclusion of the arbitration from January 31, 2013 to May 2, 2012 as set forth in the attached declaration of Jahmal T.

4934852.1

1   Davis;

2       WHEREAS, there have been no previous extensions in this case;

3       NOW THEREFORE, the Parties, by and through their respective counsel of

4   record, hereby stipulate and agree as follows, and respectfully ask the Court to this

5   stipulation as its Order:

6       The Case Management Conference is rescheduled for 11:00 a.m. on May 2,

7   20123, or as soon thereafter as the matter may be heard, and all associated deadlines

8   shall be in accordance with FRCP 26(f) and (d), ADR Local Rule 3-5, Civil L.R. 16 and

9   the Court's Standing Orders.

10       This stipulation is presented pursuant to Local Rules 6-1(b) and 6-2(a).

11       **IT IS SO STIPULATED** between the parties.

12

13   DATED: January 24, 2013          HANSON BRIDGETT LLP

14

15                   By:_____/s/ Jane M. Feddes_____

16                        JAHMAL T. DAVIS

                         JANE M. FEDDES

17                        Attorneys for Defendants

                         FIRST REPUBLIC BANK and

18                        SAMDINI SHAIK

19

20   DATED: January 24, 2013          SMITH PATTEN

21

22                   By:_____/s/ Dow Patten_____

                       DOW PATTEN

23                        Attorneys for Plaintiff

                       OLGA FRID

24

25

26

27

28

1  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.
2  THERE WILL BE NO FURTHER CONTINUANCES.

3
   Dated: _January 24, 2013._____
4                                    _____
                                     HON. WILLIAM H. ALSUP
5                                    United States District Court Judge

6
7
8
9
10
11
12



13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28