1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8     OLGA FRID,                                    Case No.  12-cv-00806-JST

                    Plaintiff,
9
                                                    **ORDER RE: FAILURE TO COMPLY**
10         v.                                       **WITH REASSIGNMENT ORDER AND**
                                                    **SETTING CASE MANAGEMENT**
11    FIRST REPUBLIC BANK, et al.,                  **CONFERENCE**

                    Defendants.
12

13

14         By order of this Court dated February 11, 2013, the parties were required to submit a joint

15    case management statement within fifteen days of the reassignment of the above-captioned action

16    to this Court.  Dkt. No. 24.  The parties failed to comply with that Order.  The parties are advised

17    that further violations of orders of this Court may result in monetary or other sanctions.

18         The parties are hereby ordered to appear, in person, pursuant to Federal Rule of Civil

19    Procedure 16 and Civil Local Rule 16-10(c), for a case management conference to be held in this

20    action before the Honorable Jon S. Tigar on May 8, 2013, at 2:00 P.M. in Courtroom 9, 19th

21    Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  Each party shall appear personally or

22    by counsel having authority to enter into stipulations and make admissions pursuant to this Order.

23    Written requests to reschedule the case management conference or to appear telephonically will be

24    granted sparingly and only upon a showing of extraordinary circumstances.

25         The parties shall file a joint case management statement no later than five court days from

26    the date of this Order.  The statement shall explain the parties' failure to comply with the

27    reassignment order and address all of the topics contained in the Standing Order for All Judges of

28    the Northern District of California: Contents of Joint Case Management Statement, which is

*United States District Court*
*Northern District of California*

1   available at cand.uscourts.gov/jstorders.

2        **IT IS SO ORDERED.**

3   Dated: March 18, 2013

4   _____

5   Jon S. Tigar
    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California