UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA FRID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST REPUBLIC BANK, et al.,<br><br>　　　　　Defendants. | Case No. 12-cv-00806-JST<br><br>**ORDER VACATING CMC AND ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 30 |

The parties filed a joint case management statement explaining that arbitration has been completed and that the arbitrator will issue a final award on August 16, 2013. ECF No. 30. The parties also indicated that they intend to dismiss this action after the arbitrator issues the final award. Id.

In light of the joint statement, the case management conference scheduled for July 24, 2013, is VACATED. The parties shall file a stipulation of dismissal no later than September 6, 2013. Alternatively, by September 6, 2013, the parties shall file a joint statement explaining why they did not file such a stipulation of dismissal.

**IT IS SO ORDERED**.

Dated: July 11, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　United States District Judge