```
HANSON BRIDGETT LLP
JAHMAL T. DAVIS, SBN 191504
jdavis@hansonbridgett.com
JANE M. FEDDES, SBN 282117
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants
FIRST REPUBLIC BANK and
SAMDANI SHAIK
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OLGA FRID, | Case No. CV 12-0806 JST |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO FILE JOINT STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| FIRST REPUBLIC BANK, a California Corporation and SAMDANI SHAIK, an individual, and DOES 1- 10, inclusive, | Judge:   Hon. Jon S. Tigar |
| Defendants. | Trial Date:   Not set |

Plaintiff Olga Frid (hereinafter "Plaintiff"), through her attorneys of record, Smith Patten and Defendants First Republic Bank and Samdani Shaik (hereinafter "Defendants") (collectively, the "Parties"), through their attorneys of record, Hanson Bridgett LLP, hereby stipulate and agree to extend the date to file a joint stipulation to dismiss the case by thirty (30) days.  The final order in the arbitration is still pending and will be issued prior to October 7, 2013.

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate and agree as follows, and respectfully ask the Court to order:

The Court continue the date for the filing of the joint stipulation to dismiss the case from September 6, 2013 to October 7, 2013 pending the issuance of the arbitrator's final order.

This stipulation is presented pursuant to Local Rules 6-1(b) and 6-2(a).

**IT IS SO STIPULATED** between the parties.

IT IS SO STIPULATED.

DATED: September 6, 2013                SMITH PATTEN

By: /s/ Dow Patten
DOW PATTEN
SPENCER SMITH
Attorneys Plaintiff
OLGA FRID

DATED: September 6, 2013                HANSON BRIDGETT LLP

By: /s/ Jane M. Feddes
JAHMAL T. DAVIS
JANE M. FEDDES
Attorneys for Defendants
FIRST REPUBLIC BANK and
SAMDANI SHAIK

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 9, 2013

HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

5455436.3

-2-
JOINT STIPULATION TO EXTEND TIME TO FILE JOINT STIPULATION TO DISMISS WITH PREJUDICE
AND [PROPOSED] ORDER (CASE NO. CV 12-0806 JST)