| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | JAHMAL T. DAVIS, SBN 191504 |
| 2 | jdavis@hansonbridgett.com |
| | JANE M. FEDDES, SBN 282117 |
| 3 | 425 Market Street, 26th Floor |
| | San Francisco, California 94105 |
| 4 | Telephone:    (415) 777-3200 |
| | Facsimile:     (415) 541-9366 |
| 5 | |
| | Attorneys for Defendants |
| 6 | FIRST REPUBLIC BANK and |
| | SAMDANI SHAIK |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OLGA FRID, | Case No. CV 12-0806 JST |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO FILE JOINT STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| FIRST REPUBLIC BANK, a California Corporation and SAMDANI SHAIK, an individual, and DOES 1- 10, inclusive, | Judge:   Hon. Jon S. Tigar |
| Defendants. | Trial Date:     Not set |

Plaintiff Olga Frid (hereinafter "Plaintiff"), through her attorneys of record, Smith Patten and Defendants First Republic Bank and Samdani Shaik (hereinafter "Defendants") (collectively, the "Parties"), through their attorneys of record, Hanson Bridgett LLP, hereby stipulate and agree to extend the date to file a joint stipulation to dismiss the case by thirty (30) days.  The final order in the arbitration is still pending and will be issued prior to October 7, 2013.

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate and agree as follows, and respectfully ask the Court to order:

The Court continue the date for the filing of the joint stipulation to dismiss the case from September 6, 2013 to October 7, 2013 pending the issuance of the arbitrator's final order.

5455436.3

-1-
JOINT STIPULATION TO EXTEND TIME TO FILE JOINT STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER (CASE NO. CV 12-0806 JST)

1   This stipulation is presented pursuant to Local Rules 6-1(b) and 6-2(a).

2   **IT IS SO STIPULATED** between the parties.

3   IT IS SO STIPULATED.

4   DATED: September 6, 2013                SMITH PATTEN

7                                           By:      /s/ Dow Patten
                                                DOW PATTEN
8                                               SPENCER SMITH
                                                Attorneys Plaintiff
9                                               OLGA FRID

10  DATED: September 6, 2013                HANSON BRIDGETT LLP

13                                          By:      /s/ Jane M. Feddes
                                                JAHMAL T. DAVIS
14                                              JANE M. FEDDES
                                                Attorneys for Defendants
15                                              FIRST REPUBLIC BANK and
                                                SAMDANI SHAIK

17  PURSUANT TO STIPULATION, IT IS SO ORDERED.

    Dated: September 9, 2013

                                            _____
                                            HON. JON S. TIGAR
                                            UNITED STATES DISTRICT COURT JUDGE

5455436.3

-2-
JOINT STIPULATION TO EXTEND TIME TO FILE JOINT STIPULATION TO DISMISS WITH PREJUDICE
AND [PROPOSED] ORDER (CASE NO. CV 12-0806 JST)