1  HANSON BRIDGETT LLP
   JAHMAL T. DAVIS, SBN 191504
2  jdavis@hansonbridgett.com
   JANE M. FEDDES, SBN 282117
3  425 Market Street, 26th Floor
   San Francisco, California 94105
4  Telephone:    (415) 777-3200
   Facsimile:     (415) 541-9366
5
   Attorneys for Defendants
6  FIRST REPUBLIC BANK and
   SAMDANI SHAIK
7

8

9                   **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11

| 12  OLGA FRID, | Case No. CV 12-0806 JST |
|---|---|
| 13              Plaintiff, | **JOINT STIPULATION SETTING FORTH SCHEDULE FOR PLAINTIFF'S MOTION TO VACATE AND [PROPOSED] ORDER** |
| 14      v. | |
| 15  FIRST REPUBLIC BANK, a California Corporation and SAMDANI SHAIK, an individual, and DOES 1- 10, inclusive, | Judge:   Hon. Jon S. Tigar |
| 16 | |
| 17              Defendants. | Trial Date:        Not set |

19       Plaintiff Olga Frid (hereinafter "Plaintiff"), through her attorneys of record, Smith Patten

20  and Defendants First Republic Bank and Samdani Shaik (hereinafter "Defendants") (collectively,

21  the "Parties"), through their attorneys of record, Hanson Bridgett LLP, pursuant to Federal Rules

22  of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the briefing schedule set forth

23  below for Plaintiff's Motion to Vacate. The matter was sent to arbitration by this Court. The

24  arbitration concluded on April 30, 2013. The arbitrator issued his final decision on June 17, 2013

25  and further supplemented that decision on September 13, 2013.

26       NOW THEREFORE, Plaintiff intends to file a Motion to Vacate Award pursuant to 9

27  U.S.C. Section 10(a)(4). The Parties have agreed to the following briefing schedule:

28

5871321.1

-1-
JOINT STIPULATION SETTING FORTH SCHEDULE FOR PLAINTIFF'S MOTION TO VACATE
AND [PROPOSED] ORDER (CASE NO. CV 12-0806 JST)

| | | |
|---|---|---|
| 1 | Plaintiff's Motion to Vacate: | November 27, 2013 |
| 2 | Defendant's Opposition: | December 11, 2013 |
| 3 | Plaintiff's Reply: | December 20, 2013 |
| 4 | Hearing Date: | As set by the Court |

The Parties respectfully request the Court issue an order setting forth the above-outlined briefing schedule for Plaintiff's Motion to Vacate the Award.

IT IS SO STIPULATED.

DATED: October 7, 2013              SMITH PATTEN

                                    By:      /s/ Dow W. Patten
                                    DOW PATTEN
                                    SPENCER SMITH
                                    Attorneys Plaintiff
                                    OLGA FRID

DATED: October 7, 2013              HANSON BRIDGETT LLP

                                    By:      /s/ Jane M. Feddes
                                    JAHMAL T. DAVIS
                                    JANE M. FEDDES
                                    Attorneys for Defendants
                                    FIRST REPUBLIC BANK and
                                    SAMDANI SHAIK

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  October 9        , 2013

                                    HON. JON S. TIGAR
                                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Jon S. Tigar*

5871321.1

-2-
JOINT STIPULATION SETTING FORTH SCHEDULE FOR PLAINTIFF'S MOTION TO VACATE
AND [PROPOSED] ORDER (CASE NO. CV 12-0806 JST)