UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA FRID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST REPUBLIC BANK, et al.,<br><br>　　　　　Defendants. | Case No. 12-cv-00806-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 36 |

　　　A hearing on Plaintiff Frid's motion to vacate an arbitration award is scheduled for February 6, 2014. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

　　　**IT IS SO ORDERED.**

Dated: January 30, 2014

_____
JON S. TIGAR
United States District Judge