SMITH PATTEN
SPENCER SMITH (SBN: 236587)
DOW W. PATTEN (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
OLGA FRID

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA FRID,<br><br>                 Plaintiff,<br><br>        v.<br><br>FIRST REPUBLIC BANK, a California Corporation and SAMDANI SHAIK, an individual, and DOES 1-10, inclusive,<br><br>                 Defendants. | Case No. CV 12-0806 JST<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO CONFIRM ARBITRATION AWARD AND [PROPOSED] ORDER**<br><br>Date:    June 19, 2014<br>Time:    2:00 p.m.<br>Judge:   Hon. Jon S. Tigar |

Plaintiff OLGA FRID ("Plaintiff") and Defendants FIRST REPUBLIC BANK and SAMDANI SHAIK ("Defendants"), by through their undersigned counsel, enter into the following Stipulation:

1. WHEREAS, on April 7, 2014, this Court ruled that Defendants may file a motion to confirm the arbitration award within 30 days of the Order (Dkt. # 41);

2. WHEREAS, on May 7, 2014, Defendants duly filed that motion (Dkt. # 42);

3. WHEREAS, Plaintiff's opposition to that motion is currently due May 21, 2014;

4. WHEREAS, the hearing for that motion is currently scheduled for June 19, 2014;

5. WHEREAS, on May 15, 2014, Plaintiff sent a letter to Defendants' counsel requesting a 21-day extension of both Plaintiff's opposition due date and the hearing date;

6. WHEREAS, on May 16, 2014, Defendant responded by e-mail to Plaintiff's letter and agreed to the 21-day stipulation to extend time for Plaintiff to file her opposition due date;

7. WHEREAS, Plaintiff submits this stipulation in compliance with Civil Local Rule 6-2.

NOW, THEREFORE, PLAINTIFF AND DEFENDANTS HEREBY STIPULATE that Plaintiff shall have until June 11, 2014 to file her opposition to Defendants' motion to confirm arbitration award, and Defendant shall have until June 26, 2014 to file a Reply. The hearing date for this motion will be on or after July 3, 2014.

Dated: May 21, 2014                               SMITH PATTEN

                                                  /s/ Dow W. Patten
                                                  SPENCER F. SMITH
                                                  DOW W. PATTEN
                                                  Attorney for Plaintiff
                                                  OLGA FRID

Dated: May 21, 2014                               HANSON BRIDGETT LLP

                                                  /s/ Jahmal T. Davis
                                                  JAHMAL T. DAVIS
                                                  JANE M. FEDDES
                                                  Attorney for Defendants
                                                  FIRST REPUBLIC BANK and
                                                  SAMDANI SHAIK

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 21, 2014                               HON.
                                                  U.S. D.

IT IS SO ORDERED
Judge Jon S. Tigar